WILLIAM H. EDWARDS et al., Respondents, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants.

*Edwards* v. *People*, 178 App. Div. 949, appeal dismissed.

(Argued January 9, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 3, 1917, which affirmed an order of Special Term denying a motion to abate and dismiss the above-entitled action and all proceedings therein and cancel the judgment theretofore entered therein. The judgment established the lost will of Thomas W. Wasson, deceased. Both defendants appealed to the Appellate Division, where said judgment was affirmed, whereupon this motion was made.

*Merton E. Lewis, Attorney-General* (*E. Lyman Tilden* of counsel), for People, appellant.

*Carleton H. White* for Edward F. Stein, as administrator of Thomas W. Wasson, deceased, appellant.

*Wallace Thayer* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.